STATE of Missouri, Respondent,

v.

Robert J. WATKINS, Appellant.

No. WD 46690.

Missouri Court of Appeals,
Western District.

June 15, 1993.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE & HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction for delivery of marijuana, § 195.211 RSMo 1986, and five years probation.

Affirmed. Rule 30.25(b).

Wallace TINDELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47147.

Missouri Court of Appeals,
Western District.

June 15, 1993.

Robert E. Steele, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion for post-conviction relief on his guilty plea to sale of a controlled substance pursuant to § 195.211, RSMo Supp.1991.

The judgment of the trial court denying the post-conviction motion is affirmed. Rule 84.16(b).